IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

COLLEEN SHY, Individually, and as Special )
Administrator of the Estate of Neil Shy, )
                                                                 )
               Plaintiff, )
                                                                   )
vs. )    Case No: 08C2736
                                                                  )
AMERICO FINANCIAL LIFE AND ANNUITY )
INSURANCE CO., d/b/a AMERICO, )
                                                                  )
               Defendant. )

**PLAINTIFF'S RESPONSE TO DEFENDANT'S AFFIRMATIVE DEFENSE**

NOW COMES the Plaintiff, COLLEEN SHY, Individually, and as Special Administrator of the Estate of Neil Shy, by her attorneys, STOTIS & BAIRD CHARTERED, and hereby responds to the Defendant's Affirmative Defense as follows:

**ALLEGATION:**

Based on material misrepresentations in the application for insurance completed by Neil Shy, Plaintiff's claim is barred pursuant to Section 154 of the Illinois Insurance Code, 215 ILCS 5/154, et seq.

**ANSWER:**

Plaintiff denies the allegations of Defendant's affirmative defense.

                                                                        STOTIS & BAIRD CHARTERED

200 West Jackson Boulevard, #1050
Chicago, IL 60606
(312)461-1000
Attorney for Plaintiff                       By: _____
                                                                               Eric J. Parker