IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| COLLEEN SHY, Individually, and as Special Administrator of the Estate of Neil Shy, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No: 08C2736 |
| AMERICO FINANCIAL LIFE AND ANNUITY INSURANCE CO., d/b/a AMERICO, | ) ) ) | |
| Defendant. | ) ) | |

### NOTICE OF FILING

TO:  Robert E. Sweeny, Jr.
     Locke Lord Bissell & Liddell LLP
     111 South Wacker Drive
     Chicago, Illinois 60606

PLEASE TAKE notice that on the 1st day of July, 2008, I filed with the United States District Court for the Northern District of Illinois, Eastern Division, **Plaintiff's Response to Defendant's Affirmative Defense.**

STOTIS & BAIRD CHARTERED

200 West Jackson Boulevard
Suite 1050
Chicago, Illinois 60606
312/461-1000
Attorney for the Plaintiff
Atty. No. 13589

By: _____
    Eric J. Parker

STATE OF ILLINOIS   )
                    )§
COUNTY OF COOK      )

Under penalties as provided by law, pursuant to Section 1-109 of the Illinois Code of Civil Procedure, the undersigned certifies that a copy of this notice was mailed together with a copy of the foregoing document(s) to each party to whom it is directed on the ___1st___ day of July, 2008.