IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

COLLEEN SHY, Individually, and as Special )
Administrator of the Estate of Neil Shy, )
                                          )
            Plaintiff,                    )
                                          )
vs.                                       )   Case No: 08C2736
                                          )
AMERICO FINANCIAL LIFE AND ANNUITY        )
INSURANCE CO., d/b/a AMERICO,             )
                                          )
            Defendant.                    )

STIPULATION TO DISMISS

The Parties hereby stipulate to dismiss the above action, with prejudice, and without costs, with all parties to be responsible for their own attorney's fees. All matters in controversy have been settled.

_____          _____
Robert Sweeney                      Eric J. Parker
Locke Lord Bissell & Liddell LLP    Stotis & Baird Chartered

200 West Jackson Boulevard
Suite 1050
Chicago, Illinois 60606
312/461-1000
Attorney for the Plaintiff
Atty. No. 13589