

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COLLEEN SHY, Individually, and as Special Administrator of the Estate of Neil Shy, <br><br> Plaintiff, <br><br> vs. <br><br> AMERICO FINANCIAL LIFE AND ANNUITY INSURANCE CO., d/b/a AMERICO, <br><br> Defendant. | Case No: 08C2736 |

### DISMISSAL ORDER

IT IS HEREBY ORDERED:

That this matter is dismissed, with prejudice, and without costs, all matters in controversy having been settled.

_____
Entered

Date: 8-15-08

#13589
STOTIS & BAIRD CHARTERED
200 West Jackson Boulevard
Suite 1050
Chicago, IL 60606
312/461-1000